No. 542, Misc.   VON GLAHN v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Reginald C. Smith* for petitioner.

No. 543, Misc.   SELL v. DAY, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 583, Misc.   HARRISON v. MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 586, Misc.   SORBER v. MISSISSIPPI.   Supreme Court of Mississippi.   Certiorari denied.   *R. D. Everitt* for petitioner.

No. 478.   OBEAR-NESTER GLASS CO. v. COMMISSIONER OF INTERNAL REVENUE, 348 U. S. 982.   The motion for leave to file petition for rehearing is denied.   MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.

No. 632.   LLOYD v. CAMPBELL, EXECUTOR, ET AL., *ante,* p. 911; and
No. 670.   GREEN ET UX. v. GREEN ET AL., *ante,* p. 917. The petitions for rehearing are denied.

JUNE 6, 1955.

No. 581, Misc.   LEE v. McDONALD, WARDEN.   On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit.   *Per Curiam:* The motion for leave to proceed in forma pauperis and the petition for writ of certiorari are granted.   The judgment of the Court of Appeals is vacated and the case is remanded to the Dis-